IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KAYLA MARIE ZERBY,                )
                                  )
                                  )
                                  )
     Plaintiff,                   )
                                  )
          vs.                     )          Case No. 25-cv-2179-RJD
                                  )
COMMISSIONER of SOCIAL SECURITY,  )
                                  )
     Defendant.                   )

## ORDER

**DALY, Magistrate Judge:**

This matter comes before the Court on the parties' Agreed Motion to Remand to the Commissioner. Doc. 21. The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of the claimant. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

For good cause shown, the parties' Joint Motion to Remand (Doc. 21) is **GRANTED**. The parties agree that, on remand, the ALJ should give further consideration to the medical source opinions and prior administrative medical findings pursuant to the provisions of 20 C.F.R. §§404.1520c, 416.920c. The parties further agree that the ALJ should offer the claimant the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

1

The final decision of the Commissioner of Social Security denying Plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative action consistent with this Order.

The Clerk of Court is directed to enter judgment in favor of Plaintiff.  All pending deadlines are moot.

**IT IS SO ORDERED.**

**DATED:  June 22, 2026**

**REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**